UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 11-63555-WLH |
| STEPHEN HINES AND KHADIJAJ HINES, | CHAPTER 7 |
| Debtors. | |
| STEPHEN HINES AND KHADIJAJ HINES, | |
| Movants. | |
| v. | |
| BROOKS TRANSFER & STORAGE CO., | |
| Respondent. | |

## ORDER AVOIDING JUDICIAL LIEN

Pursuant to 11 U.S.C. § 522(f) and Fed. R. Bankr. P. 4003(d), the Debtors moved for an order avoiding a lien held by the Respondent against property of the Debtors claimed as exempt. Counsel for the Debtors or Debtors has certified that the motion and the notice of the motion required by Bankruptcy Local Rule 6008 were served on the Respondent in accordance with Fed. R. Bankr. P. 9014. Respondent has not filed a response or otherwise indicated any opposition to the motion, which is deemed to be unopposed under BLR 6008-2. Accordingly, it is

ORDERED that the Debtors' motion is GRANTED. The lien held by Respondent on property claimed as exempt by the Debtors is avoided to the extent such lien impairs the

exemption, subject to 11 U.S.C. §§ 349 and 522(c) in the event of a dismissal.

The Clerk's Office is hereby directed to serve a copy of this Order on the Debtors, attorney for the Debtors, attorney for the Respondent, and the Trustee.

Dated: *October 14, 2011*

*Wendy L. Hagenau*
WENDY L. HAGENAU
UNITED STATES BANKRUPTCY JUDGE

## DISTRIBUTION
## 11-63555-WLH

Stephen Hines
Khadijaj Hines
329 Shoyre Lake Lane
McDonough, GA 30253

Anthony B. Sandberg
The Sandberg Law Firm
International Tower - Suite 705
229 Peachtree Street, NE
Atlanta, GA 30303

Jeffrey K. Kerr
Jeffrey K. Kerr & Company, LLC
Suite 130
241 West Wieuca Road, NE
Atlanta, GA 30342-3300

Brooks Transfer and Storage Co.
1378 London Bridge Road
Virginia Beach VA 23453

Brooks Transfer & Storage Co.
Registered Agent
c/o Jeffrey D. Brooks
1378 London Bridge Road
Virginia Beach, VA 23453