UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:
Stephen Hines and                )
Khadijah Hines,                  )         CHAPTER 7
                                 )
　　Debtors.                     )         CASE NO.  11-63555-wlh

**MOTION TO REOPEN CHAPTER 7 CASE FOR THE LIMITED PURPOSE OF AMENDING SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND FILING MOTION TO AVOID JUDICIAL LIENS**

**COME NOW** Stephen and Khadijah Hines Debtors, through undersigned counsel, and moves this Court to Reopen this Chapter 7 case for the Limited Purpose of amending schedules, statement of financial affairs, and filing Motion to Avoid Judicial Liens.  In support thereof, Debtors show the Court as follows:

**1.**

This case was commenced upon Debtors filing a Voluntary Petition in Bankruptcy for relief under Chapter 7 of Title 11 of the United States Code on May 2, 2011.

**2.**

This Chapter 7 case was closed with discharge on November 7, 2011.

**3.**

The Debtors come now before the Court to ask that the estate be re-opened to allow Debtors' attorney to file an amendment to Schedule D, an amendment to Statement of Financial Affairs, and to re-file two Motion to Avoid Judicial Lien's.

**WHEREFORE**, Debtors ask that the estate be re-opened to allow the Debtors' attorney to file an amendment to Schedule D, an amendment to Statement of Financial Affairs, and to re-file two Motion to Avoid Judicial Lien's.

**WHEREFORE**, Debtors pray that this Motion to Reopen Chapter 7 Case be allowed and for such other relief as this Court deems equitable and just.

Dated:  November 9, 2011

Respectfully submitted,
The Sandberg Law Firm


_____/s/
Tony Sandberg
Attorney for Debtors
GA Bar No. 625210
229 Peachtree Street
International Tower, Suite 705
Atlanta, GA 30303
(404) 827-9799
thesandberglawfirm@yahoo.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:
Stephen Hines and           )
Khadijah Hines,             )           CHAPTER 7
                            )
    Debtors.                )           CASE NO.  11-63555-wlh

**NOTICE OF HEARING**

      PLEASE TAKE NOTICE that Stephen Hines and Khadijah Hines have filed a "Motion to Reopen Chapter 7 Case" and related papers with the Court.

      PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion in **Courtroom 1403**, United States Courthouse, 75 Spring Street, SW. Atlanta, Georgia at **9:30 A.M.** on **December 7, 2011.**

      Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.).  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You must also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.   The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

Dated: November 9, 2011

                                                                                      /s/
                                    Tony Sandberg, GA Bar No. 625210
                                    Attorney for Debtors
                                    229 Peachtree Street
                                    International Tower, Suite 705
                                    Atlanta, GA  30303
                                    (404) 827-9799 Telephone

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:
Stephen Hines and                            )
Khadijah Hines,                              )          CHAPTER 7
                                             )
   Debtors.                                  )          CASE NO.  11-63555-wlh

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies:

That I am more than eighteen years of age, and that on this day I served a copy of the within "Debtors' Motion to Reopen this Chapter 7 case for the Limited Purpose of amending schedules, amending Statement of Financial Affairs, and filing Motion to Avoid Judicial Lien's" filed in this bankruptcy case upon (a) the Chapter 7 Trustee, and  the following, by depositing a copy of same in the United States Mail with sufficient postage thereon to ensure delivery to:

| **Trustee:** | **Debtors:** | **Creditors:** |
|---|---|---|
| Jeffrey K. Kerr<br>Jeffrey K. Kerr & Company, LLC, Suite 130<br>241 West Wieuca Road NE<br>Atlanta, GA  30342-3300 | Stephen Hines and Khadijah Hines<br>506 Brook Hollow Drive<br>McDonough, GA  30252 | Aaron's<br>3636 VA Beach Blvd<br>Virginia Beach, VA 23455 |
| Ais Services Llc<br>8996 Miramar Rd Ste 220<br>San Diego, CA 92126 | Allied Interstate, Inc<br>3000 Corporate Exchange<br>Columbus, OH 43231 | America'S Recovery N<br>100 Crisler, Ste # 202<br>Crescent Springs, KY 41017 |
| At&T<br>Po Box 57907  Attn: Dispute Investigatio<br>Murray, UT 84157-0907 | Bank of America<br>4509 E. 47th Street South<br>Wichita, KS 67210 | BB & T<br>PO Box 580393<br>Charlotte, NC 28258 |
| BestBank<br>4000 West Brown Deer Road<br>Milwaukee, WI 53209 | Bon Ton<br>4545 Transit Rd<br>Buffalo, NY 14221 | Brooks Transfer & Storage Co<br>1378 London Bridge Rd<br>Virginia Beach, VA 23453 |

| | | |
|---|---|---|
| Cap One<br>Po Box 85015<br>Richmond, VA 23285 | Cbe Group<br>131 Tower Park Dr Suite 100  Po Box 900<br>Waterloo, IA 50704-0900 | Certegy<br>P.O. Box 30046<br>Tampa, FL 33630 |
| Chartway Federal Credit Union<br>1405 Stephanie Way<br>Chesapeake, VA 23320 | Chase<br>Po Box 15298<br>Wilmington, DE 19850 | Child Support Enforcem<br>3670 N L St Ste B<br>Pensacola, FL 32505 |
| CLM Sanitation<br>3351 Hwy 4 North<br>Stockbridge, GA 30281 | Colortyme<br>14535 Jefferson Davis Hwy<br>Woodbridge, VA  22191 | Columbia Gas of Virginia<br>PO Box 742510<br>Dept 6250<br>Cincinnati, OH 45274 |
| Complete Credit Solution<br>2921 Brown Trl<br>Bedford, TX  76021 | Corporate Mailing Address<br>PO Box 2710<br>Manassas, VA  20108 | Cox Cable<br>5200 Cleveland St<br>Virginia Beach VA  23462 |
| Credit Adjustment Bo<br>306 East Grace Street<br>Richmond VA  23219 | Credit Control Corp<br>11821 Rock Landing Dr<br>Newport News, VA  23606 | Dfas-Cl<br>1240 # 9th St<br>Cleveland OH  44199 |
| Dominion Virginia Power<br>PO Box 26543<br>Richmond, VA  23290 | Easy Money Cash Centers<br>3355 Vanderbilt Rd<br>Birmingham, AL  35217 | Enhanced Recovery Co<br>8014 Bayberry Rd<br>Jacksonville FL  32256 |
| Equidata<br>724 Thimble Shaolas Blvd<br>Newport News, VA  23606 | Exeter Finance Corporation<br>PO Box 166008<br>Irving TX  75016 | First Premier Bank<br>601 S. Minnesota Ave<br>Sioux Falls, SD 57104 |
| Firstpoint Coll Reso<br>Roanoak VA  24018 | Focus Receivables Mana<br>1130 Northcase Pkwy Ste<br>Marietta GA  30067 | Focused Recovery Solut<br>9701 Metropolitan Ct Ste<br>Richmond VA  23236 |
| Ford Cred<br>PO Box 542000<br>Omaha, NE  68154 | Ford Motor Credit Co.<br>PO Box 689007<br>Franklin TN  37068 | Frontier Financial Group<br>419 Stephanie St<br>Henderson NV  89014 |
| Gary A. Pecher<br>1405 Hawthrone Court<br>Virginia Beach, VA  23456 | Gemb/Dillards<br>PO Box 981400<br>El Paso, TX  79998 | Georgia Dept of Revenue<br>1800 Century Blvd NE<br>Suite 18300<br>Atlanta GA  30308 |
| Glenn Associates Mid<br>323-A Washington Blvd<br>Laurel, MD 20707-4642 | Grand Furn<br>1305 Baker Road<br>Virginia Beach, VA  23455 | Hsbc Bank<br>PO Box 5253<br>Carol Stream, IL  60197 |

| | | |
|---|---|---|
| IC System Inc.<br>PO Box 64378<br>Saint Paul, MN  55164 | Internal Revenue Service<br>401 W. Peachtree St NW<br>Atlanta, GA  30308 | Lease & Rental Mgmt Co<br>45 Haverhill St<br>Andover MA  01810 |
| Leasex Rental Management Co.<br>45 Haverhill St<br>Andover MA  01810 | Linda Patteson<br>329 Shyne Lake Lane<br>McDonough, GA 30253 | Linda Patterson<br>14133 S. Ainsworth Street<br>Gardena CA 90247 |
| LVNV Funding LLC<br>PO Box 740281<br>Houston TX  77274 | May Department Stores<br>111 Boulder Industrial Dr<br>Bridgeton, MO 63044 | Michael Stancer<br>5821 Riverside Dr<br>Woodbridge, VA 22193 |
| Midland Credit Mgmt<br>8875 Aero Dr<br>San Diego, CA 92123 | Military Star<br>3911 S Walton Walker Bvv<br>Dallas TX  75236 | Mr. Turf Inc.<br>34405 W 12 Milie Rd STe 379<br>Farmington MI  48331 |
| Nae Federal Credit Union<br>755 Battlefiled Blvd N<br>Chesapeake VA  23320 | NAE Federal Credit Union<br>2828A Taylor Rd<br>Chesapeake VA  23325 | National Credit Solution<br>PO Box 15779<br>Oklahoma City OK  73155 |
| Nationwide Credit Corp<br>5503 Cherokee Ave<br>Alexandria, VA 22312 | Navy Exchange<br>3280 Virginia Beach Blvd<br>Virginia Beach, VA 23452 | Navy Federal Cr Union<br>Po Box 3700<br>Merrifield, VA 22119 |
| Navy Federal Credit Union<br>5725 Spohn Drive<br>Corpus Christi, TX 78468 | Nco Fin/22<br>507 Prudential Rd<br>Horsham, PA 19044 | Nco Fin/99<br>PO Box 15636<br>Wilmington DE  19850 |
| Novec<br>10323 Lonond Dr<br>Manassas VA  20109 | Office of the Atty Gen<br>PO Box 12017<br>Austin TX  78711 | Payliance<br>2612 Jackson Ave W<br>Oxford, MS  38655 |
| Plains Commerce Ban<br>5109 S. Broadband Ln<br>Sioux Falls, SD  57108 | Plaza Assocs<br>Seven Penn Plaza<br>New York, NY 10001 | Powell Rogers & Speaks<br>1 Fisher St<br>Halifax PA 17032 |
| Prieur Thomas James<br>3790 Davis Rd<br>Penn Laird VA  22846 | Professnl Acct Mgmt In<br>633 W Wisconsin Ave Ste<br>Milwaukee WI  53203 | Public Utilities<br>PO Box 15225<br>Chespeake VA  23328 |
| Public Water<br>2405 Courthouse Drive<br>Virginia Beach, VA  23456 | PWCSA<br>PO Box 71062<br>Charlotte NC  28272 | Rec Mgm Sys<br>PO Bpx 17305<br>Richmond VA  23226 |
| Receivables Management LLC<br>1130 Northinchase Pky<br>Suite 150<br>Marietta GA  30067 | Rent-A-Center<br>Customer Service<br>5501 Headquarters Drive<br>Plano, TX 75024 | Rjm Acq Llc<br>575 Underhill Blvd Suite 224<br>Syosset, NY 11791 |
| RJM Acquisitions LLC<br>575 Underhill Blvd suite 224<br>Syosset, NY 11791 | RK Chevrolet<br>2661 Virginia Beach Blvd<br>Virginia Beach, VA 23452 | Rogers Service Center<br>9600 Grant Ave<br>Manassas VA  20110 |

| | | |
|---|---|---|
| Security Check<br>1733 University Ave, Suite 4<br>Oxford MS  38655 | Sentara Medical Group<br>6015 Poplar Hill Dr<br>Norfolk VA  23502 | Stacie D. Headley<br>1356 Beachons Reach Dr<br>Virginia Beach VA  23454 |
| Sterling Church St Furniture<br>1205 Baker Rd<br>Virginia Beach VA  23455 | Torrico Ramino<br>3423 Woolfanden Ct<br>Triangle, VA | Transit Employees FCU<br>2000 Bladensburg Rd NE<br>Washington DC  20018 |
| Treasure's Office<br>2401 Courthouse Drive #260<br>Virginia Beach VA  23456 | Uhaul<br>14523 Telegraph Rd<br>Woodbridge VA  22192 | United Bank<br>11185 Fairfax Blvd<br>Falls Church, VA  22042 |
| USA Discounters Credit<br>3320 Holand Rd<br>Virginia Beach, VA  23452 | USA Discounters Credit LLC<br>7734 Hampton Blvd<br>Norfolk, VA  23505 | USAA<br>PO Box 4750<br>San Antonio TX  78265 |
| USAA Bank<br>10750McDermot Ct<br>San Antonio, TX 78288 | Virginia Dept. of Taxtion<br>PO Box 1115<br>Richmond VA  23218-1115 | Virginia Natural Gas<br>PO Box 4569<br>Dept 6250<br>Atlanta GA  30302 |
| Wachovia Bank<br>Wells FArgo<br>439 Battlefield Pkwy<br>Fort Oglethorpe GA  30742 | Washington Gas<br>6801 Industrial Rd<br>Springfield, VA  22151 | Westlake Financial<br>4751 Wilshire Blvd<br>Los Angeles CA  90010 |
| Wayne Wagner<br>216 Hidden Stream Drive<br>Apex, NC  27539 | **Request for add'l notices:**<br>Atlas Acquisitions LLC<br>294 Union St<br>Hackensack, NJ  07601<br>Attn:  Avi Schild | |

Dated:  November 9, 2011

Respectfully submitted,
The Sandberg Law Firm


_____/s/
Tony Sandberg
Attorney for Debtors
GA Bar No. 625110
229 Peachtree Street
International Tower, Suite 705
Atlanta, GA 30303
(404) 827-9799
thesandberglawfirm@yahoo.com